UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:14-cv-00182-BR

| | |
|---|---|
| WOODELL MCGOWAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MURPHY-BROWN, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME
## TO REPLY TO RESPONSES TO MOTION TO DISMISS AND MOTION TO STRIKE

This matter comes before the Court on the Consent Motion filed by Defendant requesting an extension of time through Monday, January 12, 2015, to file its Replies to Plaintiffs' Responses to Defendant's Motion to Dismiss (Doc. 18) and Motion to Strike (Doc. 20). The Court, finding that no prior extensions have been requested, that this Motion is made before the current deadline for replying to Plaintiffs' Responses, that Plaintiffs consent to the Motion, and that good cause is otherwise shown, hereby GRANTS the Motion and ORDERS that Defendant shall have through Monday, January 12, 2015, to file its Replies to Plaintiffs' Responses to Defendant's Motion to Dismiss and Motion to Strike.

SO ORDERED, this the 26th day of November, 2014.

for _____
JULIE A. RICHARDS, CLERK