# EXHIBIT 1

**Index of Exhibits to Murphy-Brown LLC's Memorandum In Support of Its Motion to Exclude or Limit the Expert Testimony of Dr. C. Robert Taylor**

Exhibit 1: Index of Exhibits to Murphy-Brown LLC's Memorandum In Support of Its Motion to Exclude or Limit the Expert Testimony of Dr. C. Robert Taylor

Exhibit 2: Transcript of January 30, 2017, Deposition of Dr. C. Robert Taylor

Exhibit 3: Excerpts from February 6, 2017, Deposition of Dr. Thomas N. Hubbard

Exhibit 4: Excerpt from N. Gregory Mankiw, *Principles of Microeconomics* (5th ed. 2009)