IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-182-BR

| | |
|---|---|
| WOODELL MCGOWAN, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )     ORDER<br>) |
| MURPHY-BROWN, LLC d/b/a<br>SMITHFIELD HOG PRODUCTION<br>DIVISION, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the court on defendant's motion for a view of the site of the alleged nuisance. (DE # 125.) Plaintiffs have filed a response in opposition. (DE # 200.) For the reasons stated in the related case of McKiver v. Murphy-Brown, LLC, No. 7:14-CV-180-BR (DE # 198), the motion is DENIED.

This 24 May 2018.

 

_____
W. Earl Britt
Senior U.S. District Judge