UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-00182-BR

WOODELL MCGOWAN, et al.,           )
                                   )
        Plaintiffs,                )
                                   )
v.                                 )            ORDER
                                   )
MURPHY-BROWN, LLC, d/b/a           )
SMITHFIELD HOG PRODUCTION          )
DIVISION,                          )
                                   )
        Defendant.                 )


        This matter is before the court on defendant's motion to direct entry of final judgment

pursuant to Federal Rule of Civil Procedure 54(b), (DE # 315), and the joint motion for entry of

form of judgment, (DE # 324).  Plaintiffs' response indicates they consent to defendant's motion.

(DE # 321.)  For the reasons set forth in its 31 August 2018 order on a similar motion in the

related case of McKiver v. Murphy-Brown, LLC, No. 7:14-CV-180-BR (DE # 317), defendant's

motion to direct entry of final judgment is ALLOWED.  The Clerk is DIRECTED to enter

judgment on the 29 June 2018 verdict (as modified by the court's post-verdict orders) in a form

consistent with the judgment entered in McKiver.  The joint motion is DENIED as moot.

        This 27 September 2018.



                                        _____
                                                W. Earl Britt
                                                Senior U.S. District Judge