UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ELVIS WILLIAMS, VONNIE WILLIAMS, | ) ) ) |
| Plaintiffs, | ) ) ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) ) **CASE NO. 7:14-CV-182-BR** |
| MURPHY-BROWN, LLC, | ) ) |
| Defendant. | ) |

**Jury Verdict.**

This action came before the Court for a trial by jury before the Honorable W. Earl Britt, Senior United States District Judge, presiding, on the claims of Plaintiffs Elvis Williams and Vonnie Williams ("Second Trial Plaintiffs"). The jury rendered a verdict on June 29, 2018, finding that the Second Trial Plaintiffs established by a preponderance of the evidence that Defendant substantially and unreasonably interfered with the Second Trial Plaintiffs' use of and enjoyment of their property and that Defendant was liable to the Second Trial Plaintiffs for punitive damages. The jury awarded each of the Second Trial Plaintiffs compensatory damages in the amount of $65,000.00 and punitive damages in the amount of $12,500,000.00.

On September 17, 2018, this Court allowed Defendant's Motion to Impose Statutory Cap on Punitive Damages, reducing the amount of punitive damages awarded to each of the Second Trial Plaintiffs to $250,000;

On August 28, 2018, the Court allowed the Second Trial Plaintiffs' Motion for Pre-and Post-Judgment Interest and ordered that the award of compensatory damages shall bear interest at the rate set forth in N.C. Gen. Stat. § 24-1 from the date of the filing of the complaint, August 21, 2014, until the instant date of entry of judgment, per annum and without compounding and that the total money judgment (i.e. compensatory damages, punitive damages, pre-judgment interest, and costs, if any) shall bear interest at the legal rate at the rate set forth in 28 U.S.C. § 1961(a) from the entry of judgment until paid, computed daily and compounded annually; and

On September 27, 2018, the Court allowed Defendant's Motion to Direct Entry of Final Judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs Elvis Williams and Vonnie Williams are each entitled to recover from Defendant Murphy-Brown, LLC in the amount of $65,000.00 in compensatory damages and $250,000.00 in punitive damages, with interest accruing on the compensatory damages at the rate set forth in N.C. Gen. Stat. § 24-1 from the date of the filing of the complaint, August 21, 2014, until the instant date of judgment, per annum and without compounding, and that the total money judgment shall bear interest at the legal rate at until paid in full.

This Judgment filed and entered on September 27, 2018, and copies to:
Eric Manchin (via CM/ECF electronic notification)
John S. Hughes (via CM/ECF electronic notification)
Lisa Blue Baron (via CM/ECF electronic notification)
Michael Kaeske, Jr. (via CM/ECF electronic notification)
Lynn Bradshaw (via CM/ECF electronic notification)
Mona Lisa Wallace (via CM/ECF electronic notification)
Eugene E. Mathews, III (via CM/ECF electronic notification)
Mark E. Anderson (via CM/ECF electronic notification)
James F. Neale (via CM/ECF electronic notification)
Mitchell K. Morris (via CM/ECF electronic notification)
Tennille J. Checkovich (via CM/ECF electronic notification)
Christian E. Henneke (via CM/ECF electronic notification)
Christopher E. Trible (via CM/ECF electronic notification)
Darin K. Waylett (via CM/ECF electronic notification)
Garrett H. Hooe (via CM/ECF electronic notification)
Jakarra J. Jones (via CM/ECF electronic notification)
Jocelyn Mitnual Mallette (via CM/ECF electronic notification)
Michael W. Stark (via CM/ECF electronic notification)
Richard C. Beaulieu (via CM/ECF electronic notification)
Samuel G. Thompson, Jr. (via CM/ECF electronic notification)

Date: September 27, 2018          PETER A. MOORE, JR., CLERK

By: Susan K. Edwards, Deputy Clerk