IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-182-BR

| | |
|---|---|
| WOODELL MCGOWAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MURPHY-BROWN, LLC, d/b/a ) | |
| SMITHFIELD HOG PRODUCTION ) | |
| DIVISION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion in limine to permit evidence of ramifications of an adverse verdict. (DE # 372.) Plaintiffs filed a response in opposition. (DE # 434.) The court has dealt with similar motions earlier in this case and Gillis v. Murphy-Brown, LLC, No. 7:14-CV-185-BR, holding that "the business consequences resulting from this lawsuit or any damage award that effect non-parties are not relevant to this action." (DE # 222, at 2); Gillis, (DE # 211). The court adopts its prior rulings and DENIES defendant's motion to permit evidence of ramifications of an adverse verdict.

This 17 December 2018.

_____
W. Earl Britt
Senior U.S. District Judge