UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-00182-BR

| | |
|---|---|
| WOODELL MCGOWAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MURPHY-BROWN, LLC, d/b/a ) | |
| SMITHFIELD HOG PRODUCTION ) | |
| DIVISION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's unopposed motion for approval of supersedeas bond and stay of judgment. (DE # 491.) The motion is ALLOWED. The supersedeas bond (DE # 491-1) is approved. IT IS FURTHER ORDERED that pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, execution of the 27 September 2018 judgment (DE # 326) is STAYED pending disposition of the appeal to the United States Court of Appeals for the Fourth Circuit.

This 25 January 2019.

_____
W. Earl Britt
Senior U.S. District Judge