IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-182-BR

| | | |
|---|---|---|
| WOODELL MCGOWAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MURPHY-BROWN, LLC, d/b/a | ) | |
| SMITHFIELD HOG PRODUCTION | ) | |
| DIVISION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on plaintiffs' motion for leave to designate testimony of J.C. Kenan. (DE # 508.) Defendant filed a response. (DE # 510.)

Plaintiffs move for a court "order permitting them to designate testimony from the trial preservation deposition of J.C. Kenan taken on January 4, 2019, and play the testimony for the jury." (DE # 508, at 1.) In response, defendant indicates that it "does not oppose the Fifth Trial Plaintiffs' request to designate the deposition of Mr. [Kenan], provided that this Court affords [it] a reasonable opportunity to prepare and serve objections and counter-designations upon receiving notice from Plaintiffs of an intent to play the deposition pursuant to this Court's Order dated January 30, 2019." (DE # 510, at 2.)

Plaintiffs' motion is ALLOWED. To give defendant a reasonable opportunity to prepare for J.C. Kenan's testimony and the court adequate time to rule on the objections, the court ORDERS defendant to file its objections and counter-designations to plaintiffs' J.C. Kenan deposition designations by noon 7 February 2019. Plaintiffs shall file any objections to

defendant's counter-designations by noon 8 February 2019.

This 5 February 2019.

_____
W. Earl Britt
Senior U.S. District Judge